## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Nader Kameli,

                Plaintiff,

                                      Civ. No. 10-4200 (RHK/JJG)
                                      **ORDER**

v.

Neurostream Technologies G.P., *et al.*,

                Defendants.

---

     In accordance with the Court's conversations with counsel, and with counsel's agreement, **IT IS ORDERED** that the hearing on the pending Motions to Dismiss (Doc. Nos. 9, 15) currently scheduled for March 2, 2011, is **CANCELED**.  The Court will decide the Motions based on the written submissions.  The Motions are deemed submitted as of the date of the Reply briefs, February 16, 2011.


Dated: February 23, 2011                                  s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                             United States District Judge